IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:17-00113-05

JAMES R. STAPLES

### MEMORANDUM OPINION AND ORDER

Pending before the court is the motion of defendant's counsel, Debra Kilgore, to withdraw as counsel. ECF No. 546. Ms. Kilgore states that defendant has retained Catharine O'Daniel to represent him. For good cause shown, Ms. Kilgore's motion to withdraw is **GRANTED**.

Also pending is a motion to continue the sentencing hearing filed by Ms. O'Daniel. ECF No. 545. For good cause shown, that motion is **GRANTED** and the sentencing hearing is continued to August 13, 2018, at 10:00 a.m., in Bluefield.

The Clerk is directed to send a copy of this Order to Ms. Kilgore, counsel of record, to the United States Marshal for the Southern District of West Virginia, to the Probation Office of this court, and to the CJA Supervising Attorney.

**IT IS SO ORDERED** this 6th day of July, 2018.

ENTER:

David A. Faber
Senior United States District Judge